## United States Bankruptcy Court
### Eastern District of North Carolina Greenville Division

| | IN RE |
|---|---|
| 1206606 | LISA C ANDERSON |
| ALLEN C. BROWN | PO BOX 2722 |
| PO BOX 1909 | |
| ATTORNEY AT LAW | WINTERVILLE, NC 28590 |
| WINTERVILLE, NC 28590 | SSN or Tax I.D. XXX-XX-0057 |

United States Bankruptcy Court
PO Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:  -Court-A        Unit

## MOTION TO DISMISS

The undersigned Chapter 13 Trustee moves the Court to dismiss the above case for the following reason(s):

FAILURE TO MODIFY PLAN.

The debtor is hereby notified that if a written response is not filed by the debtor(s) with the Trustee and the Clerk, United States Bankruptcy Court and a request for hearing within twenty-one (21) days of the date of this motion, then the Court will summarily rule on said motion without further notice.

DATED:  February 19, 2015              /S/ Richard M. Stearns
                                       Richard M. Stearns, Trustee

| | | | | |
|---|---|---|---|---|
| CASE: 1206606 | TRUSTEE: 54 | COURT: 278 | | Page 1 of 1 |
| TASK: 02-18-2015.00771772.BLB012 | | DATED: 02/19/2015 | | |

Court      Served Electronically

| | | | |
|---|---|---|---|
| Debtor | | LISA C ANDERSON | PO BOX 2722<br>WINTERVILLE, NC 28590 |
| 799 | 000002 | ALLEN C. BROWN<br>ATTORNEY AT LAW | PO BOX 1909<br>WINTERVILLE, NC 28590 |

**3 NOTICES**

THE ABOVE REFERENCED MOTION WAS MAILED TO EACH OF THE ABOVE ON 02/19/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   02/19/2015   BY  /S/EPIQ Systems, Inc.

*CM - Indicates motion served via Certified Mail