UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE: LISA ANDERSON            CASE NO.: 12-06606-5-SWH
                                                      CHAPTER 13
    DEBTOR

## RESPONSE TO MOTION TO DISMISS

    NOW COMES the Attorney for the debtor(s) in the Chapter 13 Bankruptcy responding to Trustee's Motion to Dismiss and respectfully says:

1.     Debtors ask Trustee to set a hearing on the Motion to Dismiss.

    WHEREFORE, the debtor(s) pray the court:

1.     For a hearing to be held on this matter if a settlement cannot be otherwise reached.

2.     For such other and further relief as the court deems necessary.

This the 16TH day of March, 2015

                                         BY:/s/Allen C. Brown
                                         Allen C. Brown
                                         Attorney for Debtor(s)
                                         3493-C S. Evans St.
                                         Bedford Commons
                                         Greenville, NC 27835
                                         PO BOX 1909
                                         Winterville, NC 28590
                                         (252) 752-0952
                                         State Bar #12131

## CERTIFICATE OF SERVICE

I, ALLEN C. BROWN, attorney for the Debtor(s) certify:

1. That I am at all times hereinafter mentioned more than eighteen (18) years of age.

2. That on the 16th day of March, 2015, I served copies of the foregoing: Response to Motion to Dismiss on the following:

U.S. Bankruptcy Court
Via Electronic Filing

Richard M. Stearns
Chapter 13 Trustee
Via Electronic Filing

Lisa Anderson
PO BOX 2722
Winterville, NC 28590


by depositing said document in the United States Mail, postage prepaid.  I certify under penalty of perjury that this foregoing is true and correct.

Executed: March 16, 2015

                                                BY:  /s/Allen C. Brown
                                                Allen C. Brown
                                                Attorney for Debtor(s)
                                                3493-C S. Evans St.
                                                Bedford Commons
                                                Greenville, NC 27835
                                                PO Box 1909
                                                Winterville, NC 28590
                                                (252)752-0952
                                                State Bar No.: 12131